

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00104-CR

SHANNON BRYAN QUINN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2229224

Before Stevens, C.J., van Cleef and Rambin, JJ.

# ORDER

Our review of the clerk's record and the reporter's record in this matter indicates that they contain unredacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's record and all volumes of the reporter's record include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and the reporter's record contain unredacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and reporter's record.

IT IS SO ORDERED.

BY THE COURT

Date: February 8, 2023